CR 22-247 MJD/DJF

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER JUAN VALTIERRA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**INDICTMENT**

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(d)(1)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
### (Felon in Possession of a Firearm)

On or about July 18, 2022, in the State and District of Minnesota, the defendant,

### JAVIER JUAN VALTIERRA,

having previously been convicted of the following crimes, each of which was punishable

by a term of imprisonment exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Simple Robbery | Hennepin County, MN | October 21, 2009 |
| 2nd Degree Assault with a Dangerous Weapon | Hennepin County, MN | July 18, 2011 |
| Drugs – 5th Degree Possession of a Controlled Substance (Case No. 27-CR-18-19187) | Hennepin County, MN | August 7, 2018 |
| Drugs – 5th Degree Possession of a Controlled Substance (Case No. 27-CR-18-11188) | Hennepin County, MN | August 7, 2018 |



SCANNED
SEP 21 2022
U.S. DISTRICT COURT MPLS

U.S. v. Javier Juan Valtierra

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Smith & Wesson, M&P Bodyguard 380, .380 caliber semi-automatic pistol, serial number KHZ5079, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATIONS

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures.

If convicted of the offense alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States any firearms, accessories and ammunition involved in or used in connection with the violation including but not limited to a Smith & Wesson, M&P Bodyguard 380, .380 caliber semi-automatic pistol, serial number KHZ5079, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY                   FOREPERSON